IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CHAS V. VINCENT,<br><br>Defendant. | CV 23–25–M–DLC<br><br><br>ORDER |

Before the Court is Plaintiff Mountain West Farm Bureau Mutual Insurance Company's Notice of Dismissal. (Doc. 6.) The notice states that the above-captioned matter has been resolved and dismissed, and Plaintiff thus dismisses this action without prejudice. (*Id.* at 1.)

Accordingly, IT IS ORDERED pursuant to Rule 41(a)(1)(A)(i) that this action is DISMISSED without prejudice. The Clerk of Court is directed to close the case file.

DATED this 19th day of May, 2023.

Dana L. Christensen, District Judge
United States District Court

1